# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA A. FULLER,<br><br>      Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>      Defendant. | Civil Action No. 3:21-cv-00675-JAM |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

PLEASE TAKE NOTICE, Plaintiff, Lisa A. Fuller, and Defendant, The Prudential Insurance Company of America, by and through the undersigned counsel, file this Joint Notice of Settlement in this case and request for a stay of all pending deadlines for 45 days. The parties inform the Court that this case has been settled and intend on filing their Joint Stipulation of Dismissal with Prejudice with the Court on a timely basis.

2

**Dated:  October 28, 2021**

By:*/s/ Iván A. Ramos (with permission)*

Iván A. Ramos
Ramos Law, LLC
255 Main Street, Suite 401
Hartford, Connecticut 06106
Tel: (860) 519-5242
Fax: (860) 838-6403
ivan@ivanramoslaw.com

*Counsel for Plaintiff*

**Dated: October 28, 2021**

By: */s/ Matthew A. Clabots*

Matthew A. Clabots (pro hac vice)
Ian H. Morrison (pro hac vice)
Seyfarth Shaw LLP
223 S. Wacker Dr., Suite 8000
Chicago, Illinois 60606-6448
Tel.: (312) 460-5000
Fax: (312) 460-7000
mclabots@seyfarth.com
imorrison@seyfarth.com

Meredith-Anne M. Berger
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 218-5271
Fax: (212) 218-5526
mberger@seyfarth.com

*Counsel for The Prudential Insurance Company of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrant, on the 28th day of October, 2021.

Iván A. Ramos
Ramos Law, LLC
255 Main Street, Suite 401
Hartford, Connecticut 06106
Tel: (860) 519-5242
Fax: (860) 838-6403
ivan@ivanramoslaw.com
*Counsel for Plaintiff*

/s/ Matthew A. Clabots